UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>TERRELL TULLOS,<br><br>　　　　　　Defendant. | Nos. CR-06-0035-3-JLQ<br>　　　CV-07-204-JLQ<br><br>ORDER DENYING MOTION FOR<br>SENTENCE MODIFICATION |

　　Before the court is the Defendant's Motion For Sentence Modification (C.R. 303) pursuant to 18 U.S.C. § 3582(c)(2).

　　The cited United States Code section allows a sentencing court to modify a sentence imposed pursuant to the Sentencing Guidelines, if the Guidelines range has been reduced. The Defendant herein was not sentenced pursuant to a modified Guideline range, but rather was sentenced to a statutory mandatory minimum term of ten years as required by 21 U.S.C. 841 (b)(1)(A). The applicable statute mandated a term of a minimum of ten years and a maximum of life imprisonment. This court has no authority or jurisdiction to reduce the Defendant's sentence below the mandatory minimum of ten years.

　　Based upon the foregoing, IT IS HEREBY ORDERED that the Defendant's Motion For Sentence Modification must be and is hereby DENIED.

　　The Clerk of this court shall enter this Order, forward a copy to the Plaintiff and counsel. for the Plaintiff, and close both of the above-numbered files.

　　**DATED** this 30th day of July 2007.

　　　　　　　　　　s/ Justin L. Quackenbush
　　　　　　　　JUSTIN L. QUACKENBUSH
　　　　　SENIOR UNITED STATES DISTRICT JUDGE

ORDER - 1