PROB 12C
(6/16)

Report Date: November 20, 2017

# United States District Court

## for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

NOV 20 2017

SEAN F. McAVOY, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Terrell Tullos      Case Number: 0980 2:06CR00035-JLQ-3

Address of Offender: 4827 S. Palouse Hwy, #2403, Spokane, Washington 99223

Name of Sentencing Judicial Officer:  The Honorable Justin L. Quackenbush, Senior U.S. District Judge

Date of Original Sentence: September 21, 2006

| | | |
|---|---|---|
| Original Offense: | Conspiracy to Distribute 5 Kilograms or More of Cocaine, 21 U.S.C. § 841(a)(1) | |
| Original Sentence: | Prison - 120 months<br>TSR - 60 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | David Michael Herzog | Date Supervision Commenced: June 30, 2015 |
| Defense Attorney: | Federal Defenders Office | Date Supervision Expires: June 29, 2020 |

## PETITIONING THE COURT

To issue a summons.

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number     Nature of Noncompliance

1     **Special Condition # 18**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising probation officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: Terrell Tullos violated conditions of his supervised release by consuming marijuana on or about November 6, 2017, contrary to special condition number 18 of his supervised release.

On June 29, 2015, Terrell Tullos signed his judgment for case number 2:06CR00035-JLQ-3, indicating he understood all conditions ordered by the Court. Specifically, Mr. Tullos was made aware by his U.S. probation officer that he may not use illegal controlled substances while on supervised release.

On November 6, 2017, Mr. Tullos was summoned to the vendor site to participate in a random urine test. The sample was tested and returned a presumptive positive reading for marijuana. On November 11, 2017, the above-referenced specimen was confirmed positive for marijuana metabolites from Alere Toxicology Services.

Prob12C
Re: Tullos, Terrell
November 20, 2017
Page 2

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: November 20, 2017

s/Patrick J. Dennis

Patrick J. Dennis
U.S. Probation Officer

## THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[X] The Issuance of a Summons
[ ] Other

Signature of Judicial Officer

11/20/17
Date